| | |
|---|---|
| 1 | D. PETER HARVEY (SBN 55712) |
| | MATTHEW A. STRATTON (SBN 254080) |
| 2 | HARVEY SISKIND LLP |
| 3 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 5 | pharvey@harveysiskind.com |
| | mstratton@harveysiskind.com |
| 6 | |
| 7 | URY FISCHER (*pro hac vice*) |
| | GEOFFREY LOTTENBERG (*pro hac vice*) |
| 8 | LOTT & FRIEDLAND, P.A. |
| | 355 Alhambra Circle, Suite 1100 |
| 9 | Coral Gables, Florida 33134 |
| | Telephone: (305) 448-7089 |
| 10 | Facsimile: (305) 446-6191 |
| 11 | ufischer@lfiplaw.com |
| 12 | Attorneys for Defendant |
| | Charter Furniture Corporation |
| 13 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLOBAL ALLIES, LLC, | Case No. 2:10-cv-02344 FCD-GGH |
| Plaintiff, | **STIPULATED APPLICATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT BY 28 DAYS** |
| v. | |
| CHARTER FURNITURE, INC., a California corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

1    Plaintiff Global Allies, LLC ("Plaintiff") and defendant Charter Furniture Corporation
2 (incorrectly denominated as Charter Furniture, Inc.) ("Defendant") are engaged in settlement
3 discussions and optimistic that the matter can be resolved through additional negotiation.
4 Defendant's deadline to respond to Plaintiff's Complaint is October 27, 2010, having been once
5 extended by 28 days pursuant to stipulation.  The parties hereby stipulate and respectfully request that
6 the Court further extend Defendant's deadline to respond to Plaintiff's Complaint by 28 days
7 pursuant to Local Rule 144(a).  If so ordered, Defendant's new deadline to respond to the Complaint
8 would be November 24, 2010.

Respectfully submitted,

DATED:  October __, 2010          HARVEY SISKIND LLP
                                  D. PETER HARVEY
                                  MATTHEW A. STRATTON

                                  LOTT & FRIEDLAND, P.A.
                                  URY FISCHER

                                  By:  _____

                                  Attorneys for Defendant
                                  Charter Furniture Corporation

DATED:  October __, 2010          BROWN, HALL, SHORE & MCKINLEY, LLP
                                  DENNIS SHORE
                                  AARON S. MCKINNEY

                                  By:  _____

                                  Attorneys for Plaintiff
                                  Global Allies, LLC

**IT IS SO ORDERED**.

Dated:  October 25, 2010

_____
Honorable Judge Frank C. Damrell, Jr.,
United States District Judge

-1-
STIPULATED APPLICATION AND PROPOSED ORDER EXTENDING         Case No. 2:10-cv-02344 FCD-GGH
DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT