DENNIS SHORE, ESQ. SB#62772
AARON S. McKINNEY, ESQ. SB#260630
BROWN, HALL, SHORE & McKINLEY, LLP
3031 W. March Ln., Ste. 230W
Stockton, California 95219
Telephone: (209) 477-8171
Facsimilie: (209) 477-2549

Attorneys for Plaintiff,
Global Allies, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GLOBAL ALLIES, LLC,<br><br>                    Plaintiff,<br>v.<br><br>CHARTER FURNITURE, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 2:10-cv-02344 FCD-GGH<br><br>STIPULATION AND ORDER EXTENDING TIME TO SUBMIT JOINT STATUS REPORT |

Plaintiff Global Allies, LLC ("Plaintiff") and defendant Charter Furniture Corporation (incorrectly denominated as Charter Furniture, Inc.) ("Defendant") are, and have been, engaged in settlement discussions and are at the stage of drafting settlement documents. The parties believe the matter will be finally resolved shortly. The current deadline for the parties to submit their Joint Status Report is November 8, 2010. The parties hereby stipulate and respectfully request that the Court extend their deadline to submit their joint status report for 30 days in order to finalize all settlement discussions and documents. If so ordered, the new deadline would be December 8, 2010.

Respectfully submitted,

DATED: November ___, 2010          HARVEY SISKIND LLP
                                    D. PETER HARVEY
                                    MATTHEW A. STRATTON

                                    LOTT & FRIEDLAND, P.A.
                                    URY FISCHER

                                    By: /S/ MATTHEW A. STRATTON
                                        Attorneys for Defendant
                                        Charter Furniture Corporation

DATED: November ___, 2010          BROWN, HALL, SHORE & MCKINLEY, LLP
                                    DENNIS SHORE
                                    AARON S. MCKINNEY

                                    By: /S/ DENNIS SHORE
                                        Attorneys for Plaintiff
                                        Global Allies, LLC

**IT IS SO ORDERED**.

Dated: November 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE