| | |
|---|---|
| 1 | D. PETER HARVEY (SBN 55712) |
|   | MATTHEW A. STRATTON (SBN 254080) |
| 2 | HARVEY SISKIND LLP |
|   | Four Embarcadero Center, 39th Floor |
| 3 | San Francisco, California 94111 |
| 4 | Telephone:  (415) 354-0100 |
|   | Facsimile:  (415) 391-7124 |
| 5 | pharvey@harveysiskind.com |
|   | mstratton@harveysiskind.com |
| 6 | |
| 7 | URY FISCHER (*pro hac vice*) |
|   | GEOFFREY LOTTENBERG (*pro hac vice*) |
| 8 | LOTT & FRIEDLAND, P.A. |
|   | 355 Alhambra Circle, Suite 1100 |
| 9 | Coral Gables, Florida 33134 |
|   | Telephone:  (305) 448-7089 |
| 10 | Facsimile:  (305) 446-6191 |
| 11 | ufischer@lfiplaw.com |
| 12 | Attorneys for Defendant |
|   | Charter Furniture Corporation |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLOBAL ALLIES, LLC, | Case No. 2:10-cv-02344 FCD-GGH |
| Plaintiff, | **STIPULATED AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT BY 14 DAYS** |
| v. | |
| CHARTER FURNITURE, INC., a California corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

STIPULATED AND ORDER EXTENDING                      Case No. 2:10-cv-02344 FCD-GGH
DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

1     Plaintiff Global Allies, LLC ("Plaintiff") and defendant Charter Furniture Corporation
2 (incorrectly denominated as Charter Furniture, Inc.) ("Defendant") remain in settlement discussions
3 and anticipate that the matter will be resolved through additional negotiation.  Defendant's deadline
4 to respond to Plaintiff's Complaint is November 24, 2010, having twice been extended pursuant to
5 stipulation.  The parties hereby stipulate and respectfully request that the Court further extend
6 Defendant's deadline to respond to Plaintiff's Complaint by 14 days pursuant to Local Rule 144(a).
7 If so ordered, Defendant's new deadline to respond to the Complaint would be December 8, 2010, the
8 same day the parties' joint scheduling report is currently due.

9                                          Respectfully submitted,

10 DATED:  November 18, 2010      HARVEY SISKIND LLP
                                              D. PETER HARVEY
11                                               MATTHEW A. STRATTON
12
                                              LOTT & FRIEDLAND, P.A.
13                                               URY FISCHER

14
                                              By:  /S/ MATTHEW A. STRATTON
15                                                       MATTHEW A. STRATTON
                                              Attorneys for Defendant
16                                               Charter Furniture Corporation

17 DATED:  November 18, 2010      BROWN, HALL, SHORE & MCKINLEY, LLP
                                                DENNIS SHORE
18                                               AARON S. MCKINNEY

19
                                              By:  /S/ DENNIS SHORE
20                                                       DENNIS SHORE
                                              Attorneys for Plaintiff
21                                               Global Allies, LLC

22

23     **IT IS SO ORDERED**.

24

25 Dated:  November 19, 2010                       _/s/ Frank C. Damrell, Jr._
                                        FRANK C. DAMRELL, JR.
26                                       UNITED STATES DISTRICT JUDGE

27

28