UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL ALLIES, LLC., | NO. CIV. S-10-2344 FCD GGH |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| CHARTER FURNITURE, INC., | |
| Defendant. | |

Pursuant to the representation of the parties, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before January 10, 2011. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: December 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE